ISLAND PARK ASSOCIATES, INC., Respondent, *v.* O'DONOHUE PARK CORPORATION, Appellant, Impleaded with Others. (Actions 1 & 2.)

(Argued May 7, 1930; decided June 3, 1930.)

*Elmer E. Wigg, Brent W. Blythe, Edward J. Hogarty* and *Richard H. Clark* for appellant.

*Martin A. Schenck, Joseph S. Auerbach, William S. Pettit* and *Charles S. Noyes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.